# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 315 WAL 2015

         Respondent

                              :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

         v.

BYRON HALL,

         Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.

      Justice Eakin did not participate in the decision of this matter.